---
No. 04-41054
---

UNITED STATES OF AMERICA    4:03CR160

    Plaintiff - Appellee

    v.

CARL W KING

    Defendant - Appellant

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY - 6 2005

DAVID J. MALAND, CLERK
BY
DEPUTY _____

### ENTRY OF DISMISSAL

Pursuant to appellant's agreed motion this appeal is dismissed this 4th day of May, 2005, see FED. R. APP. P. 42(b).

               CHARLES R. FULBRUGE III
               Clerk of the United States Court
               of Appeals for the Fifth Circuit

       By: _____
               Chris P. Descant, Deputy Clerk

        ENTERED AT THE DIRECTION OF THE COURT

DIS-4

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
       Deputy

New Orleans, Louisiana   MAY 0 3 2005